# IN THE UNITED STATES DISTRICT COURT
## OF THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | |
|---|---|
| ADVANCED CRANE TECHNOLOGIES, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> ACE WORLD COMPANIES, INC. and § <br> HANOVER INSURANCE COMPANY § <br> Defendants § | 5:14-CV-78 |

## MEMORANDUM ORDER ADOPTING
## THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections were filed to the Report and Recommendation. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Defendants Ace World Companies, Ltd. and Hanover Insurance Company's Motion to Dismiss for Plaintiff's Failure to State a Claim (Dkt. No. 11) is **DENIED**.

**It is SO ORDERED.**

**SIGNED this 29th day of October, 2014.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE